

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Thais R. Ridgeway**
phone: 212-356-3586
fax: 212-356-2089
email: tridgew@law.nyc.gov
(not for service)

October 23, 2020

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007-1312

Re:  *M.C. et al., v. New York City Department of Education,*
     20-CV-05558 (AJN)

Dear Judge Nathan:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent the New York City Department of Education (hereinafter "DOE"), in the above-referenced matter. I write in response to Your Honor's October 23, 2020 Order and submit this letter, in consultation with Jennifer Ratcliffe, Esq., to provide the Court a status update and request Your Honor adjourn the Initial Conference scheduled October 30, 2020.

The parties have resolved the substantive claims regarding implementation and the only issue remaining is Plaintiffs' attorney's fees claim. However, the parties do not anticipate reaching a resolution on the fees claim before October 30, 2020, the date of the initial conference in this matter. The parties believe a 60-day adjournment will allow time to negotiate and attempt to resolve the remaining claim. Jennifer Ratcliff, Esq., counsel for Plaintiffs, consents to the proposed extension of time and joins in the request for an adjournment of the initial conference.

SO ORDERED.

The conference is adjourned to January 8, 2021 at 3:45 PM. The parties are hereby order to submit a Joint Letter and proposed Case Management Plan by January 1, 2021.

10/26/2020

Thank you for your consideration of this request.

Respectfully submitted,

<u>            /s/           </u>

Thais R. Ridgeway
Assistant Corporation Counsel

CC:   **<u>BY ECF</u>**
       Jennifer Ratcliff, Esq.
       Ratcliff Law, PLLC
       300 Park Avenue—12th Floor
       New York, New York 10022
       jennifer@ratclifflaw.org