UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021
```

M.C., *et al.*,

                Plaintiffs,

       –v–

New York City Department of Education,

                Defendant.

20-cv-05558 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties' joint letter and proposed case management plan. Dkt. No. 18. The conference scheduled for January 8, 2021 is adjourned. The parties are to file a letter on or before March 1, 2021 updating the Court on the status of settlement. If the parties wish to request a referral to the Magistrate Judge for purposes of settlement, they may file a letter request on the docket by February 15, 2021.

    SO ORDERED.

Dated: January 5, 2021
       New York, New York

                                      ALISON J. NATHAN
                                  United States District Judge